## ALAN M. NELSON
### ATTORNEY AT LAW
———————
3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

April 13, 2020

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

Re: United States v. Constantinescu, et al
Client: Peter Samolis
19 Cr. 652 (LTS)

Dear Judge Swain:

Please accept this correspondence as a request to be relieved from the representation and the appointment of CJA counsel for Peter Samolis.

On October 10, 2019 Mr. Samolis was arrested. On that date he filed a financial affidavit and was appointed Michael Sporn, Esq. As CJA Counsel. On October 24, 2019 I was retained by Mr. Samolis' family to represent him. I thereafter filed a Notice of Appearance and the Court relieved Mr. Sporn.

In late December, 2019, I applied to become the new CJA Case Budgeting Attorney for the Court of Appeals for the Second Circuit. I am pleased to advise the Court that on April 6, 2020 I was offered and have accepted that position. I shall commence my employment on May 4, 2020 in that capacity.

In this capacity I shall not be able to further represent either my retained or CJA counsel to effectively perform my duties and responsibilities. Mr. Samolis remains indigent. Indeed as a collateral consequences of the COVID-19 the majority of his family have similarly been rendered indigent.

Accordingly, it is respectfully requested that I be relieved and CJA counsel be appointed as replacement counsel pursuant to the Criminal Justice Act for Peter Samolis.

Respectfully submitted,

Alan Nelson

cc:  All counsel (electronic mail)
     Peter Samolis (U.S. Mail)

Michael Sporn, Esq., is hereby reappointed as CJA counsel for Mr. Samolis, and Mr. Nelson is relieved of the representation in light of his new duties. DE#231 resolved. SO ORDERED. 4/15/2020
/s/ Laura Taylor Swain, USDJ