UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

PETER SAMOLIS,

         Defendant.

- - - - - - - - - - - - - - - - x

**SUPPLEMENTAL PROTECTIVE ORDER**

19 Cr. 651 (LTS)

    WHEREAS, on January 31, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Alan M. Nelson, Esq. (Dkt. No. 157);

    WHEREAS, on April 15, 2020, Michael Sporn, Esq., was appointed to represent the defendant and Mr. Nelson was relieved of his representation of the defendant (Dkt. No. 234);

    IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Elizabeth A. Hanft, Daniel M. Loss, Samuel P. Rothschild, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Sporn, counsel for the defendant, that Mr. Sporn is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated:   New York, New York
         April 15, 2020

        SO ORDERED:

        /s/ Laura Taylor Swain, USDJ

        THE HONORABLE LAURA TAYLOR SWAIN
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF NEW YORK

### Acknowledgement of Protective Order

I, Michael Sporn, Esq., have read and reviewed the Protective Order entered on January 31, 2020, in the case of *United States v. Peter Samolis*, 19 Cr. 651 (LTS), I understand it, and I acknowledge that I am and shall be bound by the Order.

Michael Sporn, Esq.
Attorney for Peter Samolis