# MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

June 16, 2021

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Peter Samolis
Ind. No. 19 CR 651 (LTS)

Dear Judge Swain:

This letter is respectfully submitted to request approval for a temporary modification of conditions of release for Mr. Samolis to travel to East Rutherford, New Jersey for a day trip to a child's amusement park with his wife and young children on June 26, 2021. Pre-Trial has no objection. The government "defers to pre-trial." Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Samuel P. Rothschild, Esq.
Rena Bolin, U.S.P.T.S.O

The foregoing request is granted. DE 714 resolved.
SO ORDERED.
6/16/2021
/s/ Laura Taylor Swain, Chief USDJ