# MICHAEL H. SPORN
### ATTORNEY AT LAW
———
(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD  
BAYSIDE, NEW YORK 11361

October 13, 2021

Hon. Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Peter Samolis</u>  
Ind. No. 19 CR 651 (LTS)

Dear Judge Swain:

      This letter is respectfully submitted to request approval for a temporary modification of conditions of release for Mr. Samolis to travel to New London, Connecticut for the day on Saturday, October 16 with his wife and children to visit with his wife's cousin and their newborn. Pretrial consents. The government "defers to pre-trial." The cousin's name is Ashley Smith, and her address is 44 Harvard Terrace, New London, Connecticut 06335. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn  
*Digitally signed by Michael Sporn*  
*DN: cn=Michael Sporn, o, ou, email=mhsporn@gmail.com, c=US*  
*Date: 2021.10.13 11:04:11 -04'00'*

Michael H. Sporn

MHS/ss  
Cc: Samuel P. Rothschild, Esq.  
     Ken Rowan, U.S.P.T.S.O

The foregoing request is granted. DE 889 resolved.  
SO ORDERED.  
10/13/2021  
/s/ Laura Taylor Swain, Chief USDJ