UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :

UNITED STATES OF AMERICA                  :
                                                                   :

                -v-                       :                    19 CR 651 (LTS)
                                                                  :

PETER SAMOLIS,                          :
                                                                    :
                          Defendant.         :
                                                                       :
------------------------------------------------------------------X

ORDER

        The sentencing hearing in this case is scheduled to proceed on **July 12, 2022**, at **2:00 p**.**m**. in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York New York
       July 7, 2022                                /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge