# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD  
BAYSIDE, NEW YORK 11361

**MEMO ENDORSED**

June 26, 2023

Hon. Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: United States v. Peter Samolis  
Ind. No. 19 CR 651 (LTS)

Dear Judge Swain:

This letter is respectfully submitted to request that your Honor authorize the release of Mr. Samolis's passport by the Pre-Trial Services Office. He has completed serving his sentence imposed on July 12, 2022, and his case is closed. The government has no objection. Thank you for your consideration of this matter.

The foregoing request is granted. DE #1467 resolved.

**SO ORDERED:**

Dated: 6-26-2023

Laura Taylor Swain  
Chief United States District Judge

Respectfully submitted,

Michael Sporn  
*Digitally signed by Michael Sporn*  
*DN: cn=Michael Sporn, o, ou, email=mhsporn@gmail.com, c=US*  
*Date: 2023.06.26 12:42:50 -04'00'*

Michael H. Sporn

MHS/ss  
Cc: Samuel Rothman