# MICHAEL H. SPORN
ATTORNEY AT LAW
_____

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD  
BAYSIDE, NEW YORK 11361

May 3, 2024

Hon. Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

MEMO ENDORSED

Re:  United States v. Peter Samolis  
Ind. No. 19 CR 651 (LTS)

Dear Judge Swain:

Mr. Samolis is in the supervised release phase of his sentence. He has made a request of his supervising probation officer to travel to Lancaster, Pennsylvania from June 14 to June 16 of this year for work related purposes. The details have been provided to the probation officer. His probation officer has nt objection, but asked Mr. Samolis to seek final approval from the Court. Accordingly we now seek such approval by way of this letter. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss  
Cc:  Samuel P. Rothschild, Esq.  
      Moises Pena, U.S.P.O.

The foregoing request is granted. DE 1524 resolved.  
SO ORDERED.  
5/6/24  
/s/ Laura Tayor Swain, Chief USDJ